Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
shealaw@aol.com

Markus Willoughby (SBN 197478)
Willoughby Law Firm
1814 Franklin Street, Suite 800
Oakland, Oakland 94612
Tel:   510-451-2777
Fax:   510-842-1496
Email: markus@willoughbyfirm.com

Attorneys for Plaintiff
HENRY WISE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HENRY WISE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity; and DOES 1-20,<br><br>　　　　Defendants. | Case No.:  3:14-CV-01205-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO FILE DISCOVERY MOTION TO COURT AND CONTINUANCE OF EXPERT DISCLOSURES DEADLINE**<br><br>Honorable Magistrate Judge Jaqueline Scott Corley<br><br>Complaint Filed:   November 1, 2013 |
|---|---|

/ / /

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO FILE DISCOVERY MOTION TO COURT AND CONTINUANCE OF EXPERT DISCLOSURES DEADLINE**

Civil Action No. 3:14-CV-01205-JSC

- 1 -

I.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties to the above-entitled action ("Action"), Defendant, County of Alameda, through its attorneys of record, and Plaintiff, HENRY WISE ("Plaintiff"), through his attorney of records, (collectively "Parties") that:

1) The deadline to submit joint letters re discovery disputes (per standing order of Judge Corley) be continued from Friday February 20, 2015 to Tuesday February 24, 2015; and

2) The deadline for expert witness disclosures and reports be moved to June 1, 2015.

Dated: February 20, 2015        PATTON ♦ WOLAN ♦ CARLISE, LLP

                                By: ___/s/ Andrea S. Carlise_____
                                ANDREA S. CARLISE
                                KRISTIN A. SMITH
                                Attorneys for Defendant
                                COUNTY OF ALAMEDA

Dated: February 20, 2015     SHEA LAW OFFICES

                                By: ___/s/ Mary Shea Hagebols_____
                                MARY SHEA HAGEBOLS
                                Attorney for Plaintiff  HENRY WISE

Dated: February 20, 2015     WILLOUGHBY LAW FIRM

                                By: ___/s/ Markus B. Willoughby_____
                                MARKUS B. WILLOUGHBY
                                Attorney for Plaintiff  HENRY WISE

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO FILE DISCOVERY MOTION TO COURT AND CONTINUANCE OF EXPERT DISCLOSURES DEADLINE**

Civil Action No. 3:14-CV-01205-JSC

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1) The deadline to submit joint letters re discovery disputes (per standing order of Judge Corley) be continued from Friday, February 20, 2015 to Tuesday February 24, 2015; and,

2) The deadline for expert witness disclosures and report be moved to June 1, 2015

Date: February 23, 2015

_____
Honorable Magistrate Judge
Jaqueline Scott Corley

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO FILE DISCOVERY MOTION TO COURT AND CONTINUANCE OF EXPERT DISCLOSURES DEADLINE**

Civil Action No. 3:14-CV-01205-JSC